Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DIANA CAROLINA SALAMANCA, WILFREDO
GUTIERREZ, and LUIS GUADARRAMA, individually and on
behalf of all others similarly situated,

                                     Plaintiff,

**NOTICE OF
APPEARANCE**

**20-cv-6223**

        -against-

SWEET COFFEE BAKERY, INC., PARISCIEN BAKERY,
CORP., PARISCIEN BAKERY #2, CORP., and ROMIRO
MOSQUERAM, JONY MOSQUERA, and MICHELLE
MOSQUERA, as individuals,

                                Defendants.

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for
Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiffs
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
        December 23, 2020

                                     _/s/James O'Donnell_____
                                     James O'Donnell (JO 8042)
                                     Helen F. Dalton & Associates, P.C.
                                     Attorneys for Plaintiffs
                                     80-02 Kew Gardens Road Suite 601
                                     Kew Gardens, New York 11415