UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DIANA CAROLINA SALAMANCA, WILFREDO GUTIERREZ, and LUIS GUADARRAMA, individually, and on behalf of all others similarly situated,

Case No.: 1:21-cv-06223-BMC

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

SWEET COFFEE BAKERY, INC., PARISCIEN BAKERY, CORP., PARISCIEN BAKERY #2, CORP., and ROMIRO MOSQUERA, JONY MOSQUERA, and MICHELLE MOSQUERA, as individuals,

**Defendants.**
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Jonathan Shalom, Esq. hereby appears as counsel for Defendants.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Forest Hills, New York
      January 21, 2021

Respectfully submitted,

**SHALOM LAW, PLLC.**

/s/ *Jonathan Shalom*
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Jonathan@ShalomLawNY.com

*Attorneys for Defendants*