UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                :
Diana Carolina Salamanca, Wilfredo  :
Gutierrez, and Luis Guadarrama, et al.  :  **CIVIL CASE MANAGEMENT PLAN**
          **Plaintiffs,**  :
      - against -     :  CV- 20 6223 (BMC)
                :
Sweet Coffee Bakery, Inc., Pariscien Bakery,  :
Corp., Pariscien Bakery #2, Corp., Romiro  :
Mosquera, Jony Mosquera, **Defendants.**  :
and Michelle Mosquera
------------------------------------------------------------ X

**COGAN**, District Judge

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Federal Rules of Civil Procedure 16 and 26(f).

**A.**     The case **(is)**  ~~(is not)~~  to be tried to a jury. [Circle as appropriate].

**B.**     Non-Expert Discovery:

     1.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York. All non-expert discovery is to be completed by **May 26, 2021**, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can meet the discovery completion date.

          The parties shall list the contemplated discovery activities and anticipated completion dates in Attachment A, annexed hereto.

3

    2.    Joinder of additional parties must be accomplished by **March 25, 2021**.

    3.    Amended pleadings may be filed without leave of the Court until **March 31, 2021**.

**C.**    For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

**D.**    Motions:

    1.    Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions. The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

    2.    The last day for filing a letter, pursuant to Rule III.A.2 of the Court's Individual Practices, requesting a premotion conference in order to file dispositive motions shall be **June 2, 2021**. (Counsel shall insert a date one week after the completion date for non-expert discovery.)

        a.    There shall be no cross-motions. Any motions not made by the agreed date shall, unless the Court orders otherwise, not be considered until after the timely-filed motion is determined.

        b.    Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Practices.

**E.**    Any request for relief from a date provided in this Case Management Plan shall conform to the Court's Individual Practices and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

**F.**    Pre-Trial Motions:

4

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, as provided by the Court's Individual Rules, and are not to modify or delay the conduct of discovery or the schedules provided in this Case Management Plan except upon leave of the Court.

**SO ORDERED.**

Dated: Brooklyn, New York
\_\_\_\_\_ \_\_, 2021

_____
U.S.D.J.

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1. Exchange Rule 26 Disclosures | March 11, 2021 |
| 2. Serve Discovery Demands | March 11, 2021 |
| 3. Serve Responses to Discovery Demands | April 12, 2021 |
| 4. Deficiencies to be addressed as follows | April 20, 2020 by letter to opposing party  April 30, 2020 with Court pursuant to Local Civil Rule 37.3 |
| 5. Depositions to be Completed | May 15, 2021 |
| 6. Post-deposition discovery demands | May 25, 2021, subject to availability of transcript |
| 7. Requests for Admission | May 25, 2021 |
| 8. | |
| 9. | |
| 10. | |

6

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

1. **PLAINTIFF'S CLAIMS:**

<u>Salamanca</u>

DIANA CAROLINA SALAMANCA
Total Overtime Owed: $43,413.71
Total Minimum Wages Owed: $29,807.14
Total Spread of Hours Owed: $14,893.71
Liquidated Damages: $88,114.57
Statutory Damages: $10,000.00
Total: $186,229.14
Attorneys' Fees and Interest: to be determined at trial

<u>Gutierrez</u>

WILFREDO GUTIERREZ
Total Overtime Owed: $72,642.57
Total Spread of Hours Owed: $17,709.43
Liquidated Damages: $90,352.00
Statutory Damages: $10,000.00
Total: $190,704.00
Attorneys' Fees and Interest: to be determined at trial

<u>Guadarrama</u>

LUIS GUADARRAMA
Total Overtime Owed: $19,230.43
Liquidated Damages: $19,230.43
Statutory Damages: $10,000.00
Total: $48,460.86
Attorneys' Fees and Interest: to be determined at trial

2. **COUNTERCLAIMS AND CROSS-CLAIMS:**

None for Defendants at this time, subject to reservation of rights upon completion of investigation

3. **THIRD-PARTY CLAIMS:**

N/A

7