

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

February 26, 2021

**Via ECF**
The Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Salamanca, et al. v. Sweet Coffee Bakery, Inc., et al.**
**20-CV-6223 (BMC)**

Dear Judge Cogan:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this joint letter motion on behalf of both parties to respectfully request a referral to the Eastern District of New York court-annexed mediation program.

    The parties understand that this request will not affect the discovery schedule to be entered by the Court, however, the parties would like to explore the possibility of resolution prior to the close of discovery in this matter.

    We thank The Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.